Mariacher v LPCiminelli, Inc. (2024 NY Slip Op 01649)

Mariacher v LPCiminelli, Inc.

2024 NY Slip Op 01649

Decided on March 22, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 22, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, GREENWOOD, AND KEANE, JJ.

209 CA 23-00622

[*1]MATTHEW T. MARIACHER AND LOUISE MARIACHER, PLAINTIFFS-RESPONDENTS,
v
LPCIMINELLI, INC., LPCIMINELLI CONSTRUCTION CORP., I.C. CONSTRUCTION SERVICES, INC., LISA DOUCET, DOING BUSINESS AS SHADES OF COLOR, SHADES OF COLOR, INC., DEFENDANTS-APPELLANTS, ET AL., DEFENDANTS. (APPEAL NO. 2.) 

HODGSON RUSS LLP, BUFFALO (JULIA E. MIKOLAJCAK OF COUNSEL), FOR DEFENDANTS-APPELLANTS LPCIMINELLI, INC. AND LPCIMINELLI CONSTRUCTION CORP. 

 

 Appeals from an order of the Supreme Court, Erie County (John B. Licata, J.), entered March 8, 2023. The order denied the motions of defendants LPCiminelli, Inc., LPCiminelli Construction Corp., Lisa Doucet, doing business as Shades of Color, Shades of Color, Inc., and I.C. Construction Services, Inc. for summary judgment dismissing plaintiffs' amended complaint and all cross-claims against them. 
It is hereby ORDERED that the order so appealed from is unanimously modified on the law by granting the motion of defendants LPCiminelli, Inc. and LPCiminelli Construction Corp. and the motion of defendants Lisa Doucet, doing business as Shades of Color, and Shades of Color, Inc. and dismissing the amended complaint and all cross-claims against those defendants, and as modified the order is affirmed without costs.
Same memorandum as in Mariacher v LPCiminelli, Inc. ([appeal No. 1] — AD3d — [Mar. 22, 2024] [4th Dept 2024]).
Entered: March 22, 2024
Ann Dillon Flynn
Clerk of the Court